

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 3, 2022

**BY ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Mrvic*, 21 Civ. 8792 (JPC)

Dear Judge Cronan:

    This Office represents the United States of America in the above-captioned civil action to collect unpaid federal penalties stemming from Plaintiff Vladimir Mrvic's failure to disclose foreign bank accounts on Treasury Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts, commonly known as an "FBAR," to the Internal Revenue Service ("IRS").

    I write respectfully to request an adjournment *sine die* of the initial conference scheduled in this matter for January 10, 2022. The reason for this request is that we are in the process of attempting to effectuate service on Plaintiff, who is currently residing in Serbia, under the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"). Once service is effectuated, we will write to advise the Court of this fact and request a new date for the initial conference. This is the Government's first request for an adjournment of this conference.

    Thank you for your consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/ Dominika Tarczynska
DOMINIKA TARCZYNSKA
Assistant United States Attorney
Tel. (212) 637-2748
Fax (212) 637-2686
dominika.tarczynska@usdoj.gov

This request is granted. The Initial Pretrial Conference scheduled for January 10, 2022, at 10:00 a.m. is adjourned *sine die*. Once the United States has effectuated service, it shall file a letter within seven days advising the Court of this fact and requesting a new date for the Initial Pretrial Conference. If service is not effectuated by March 4, 2022, then the Government shall file a letter by that date updating the Court on the status of the case. The Government shall also file a status letter every 60 days after March 4, 2022, until service is effectuated.

SO ORDERED.
Date: January 4, 2022
New York, New York

JOHN P. CRONAN
United States District Judge