UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VLADIMIR MRVIC,

    Defendant.

No. 21 Civ. 8792 (JLR)

**DEFAULT JUDGMENT**

For the reasons set forth on the record on January 30, 2024,

Upon the United States' motion for default judgment, and in accordance with Federal Rule of Civil Procedure 55(b)(2), **IT IS HEREBY ORDERED**, as follows:

Judgment is entered in favor of the Plaintiff the United States of America and against Defendant Vladimir Mrvic for unpaid assessments made by a delegate of the Secretary of the Treasury pursuant to 31 U.S.C. § 5321 for his failure to properly report his interest in his foreign bank, securities, or other financial accounts for calendar year 2011 by filing a Report of Foreign Bank and Financial Accounts ("FBAR"), in the amount of $5,252,522.11, plus accrued pre-judgment interest on the FBAR penalty assessments as provided by 31 U.S.C. § 3717(a)(1) and accrued late payment penalties under 31 U.S.C. § 3717(e)(2) from and after September 29, 2023, to the date of entry of this judgment. Post-judgment interest on the FBAR penalty assessments shall accrue pursuant to 28 U.S.C. § 1961(a) and post-judgment late payment penalties shall accrue pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, until the judgment is paid in full. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 30 and close the case.

**SO ORDERED.**

Dated: New York, New York
     January 31, 2024 , ~~2023~~

                                                 *Jennifer Rochon*
                                               HON. JENNIFER L. ROCHON
                                               United States District Judge